IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

OTIS OLIVER MCCRAY                                                                          PLAINTIFF

v.                                                                              No. 3:15CV154-MPM-SAA

MDOC, ET AL.                                                                              DEFENDANTS

## JUDGMENT

Having considered the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge was duly served by mail upon the *pro se* plaintiff at his last known address; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party. The magistrate judge's Report and Recommendation should therefore be approved and adopted as the opinion of the court. It is ordered:

1. That the Report and Recommendation of the United States Magistrate Judge is hereby **APPROVED AND ADOPTED** as the opinion of the court;

2. That the plaintiff's allegations regarding denial of access to the courts is **DISMISSED;**

3. That Bernice Brown is **DISMISSED** with prejudice from this case;

4. That the plaintiff's allegations regarding denial of medical care as to Dr. Kpabitey are **DISMISSED** for failure to state a claim upon which relief could be granted;

5. That the plaintiff's claims against the Mississippi Department of Corrections are **DISMISSED** for failure to state a claim upon which relief could be granted;

6. That the plaintiff's claims against L. M. Darnell are **DISMISSED;**

**7.** The plaintiff's claims against Nurse L. Gale, Nurse Mayson, and Nurse Jackson for failing to provide him with prescribed medication from June 16, 2015, until August 2015 will

**PROCEED**; and

8.      That the plaintiff's claims against Nurse Burch for blocking his attempts to have his dental plate replaced or repaired will **PROCEED**.

**SO ORDERED**, this, the 10th day of May, 2016.

/s/ **MICHAEL P. MILLS**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**