IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**OTIS OLIVER MCCRAY**   **PLAINTIFF**

**v.**   **No. 3:15CV154-MPM-RP**

**MDOC, ET AL.**   **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion and final judgment entered this day, the motion by the defendants for summary judgment is **GRANTED**, and judgment is **ENTERED** for the defendants.

**SO ORDERED**, this, the 13th day of June, 2017.

/s/ MICHAEL P. MILLS
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI