IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**OTIS OLIVER MCCRAY**                                                 **PLAINTIFF**

**v.**                                                  No. 3:15CV154-MPM-RP

**MDOC, ET AL.**                                               **DEFENDANTS**

**ORDER *DISMISSING AS MOOT* DEFENDANTS' MOTION [87]
FOR TIME TO SUBMIT A REBUTTAL BRIEF IN SUPPORT
OF THEIR MOTION FOR SUMMARY JUDGMENT**

This matter comes before the court on the motion [87] by the defendants to extend the deadline for filing a rebuttal brief in support of their motion for summary judgment. As the defendants have since filed the rebuttal, which the court has accepted and considered, the instant motion is **DISMISSED** as moot.

**SO ORDERED**, this, the 13th day of June, 2017.

                                                     **/s/ MICHAEL P. MILLS**
                                                     **UNITED STATES DISTRICT JUDGE**
                                                     **NORTHERN DISTRICT OF MISSISSIPPI**